United States Courts
Southern District of Texas
FILED

*April 22, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | Case No. ___**4:26-cr-246**___ |
| **ROBERT KIRKWOOD**, | |
| Defendant. | |

## INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

1.　At all times material to this Indictment,

　　a.　the Valero gas station located at 10600 Cullen Road in Houston, Texas, is a business engaged in buying and selling products in and affecting interstate or foreign commerce;

　　b.　the 7-Eleven gas station located at 1225 W. Orem Drive in Houston, Texas, is a business engaged in buying and selling products in and affecting interstate or foreign commerce; and

　　c.　the 7-Eleven gas station located at 4300 Old Spanish Trail in Houston, Texas, is a business engaged in buying and selling products in and affecting interstate or foreign commerce.

## COUNT ONE
**(Interference with Commerce by Robbery, 18 U.S.C. § 1951)**

2.　On or about December 29, 2024, in the Southern District of Texas, the defendant,

**ROBERT KIRKWOOD,**

did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of the Valero gas station located at 10600 Cullen Road, in Houston, Texas, in the presence of employees of the gas station, against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person and property.

In violation of Title 18, United States Code, Section 1951.

## COUNT TWO
**(Brandishing a Firearm During and in Relation to a Crime of Violence,
18 U.S.C. § 924(c))**

3.　　On or about December 29, 2024, in the Southern District of Texas, the defendant,

**ROBERT KIRKWOOD,**

did knowingly brandish, carry, and use a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as charged in Count One.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

2

## COUNT THREE
### (Interference with Commerce by Robbery, 18 U.S.C. § 1951)

4.    On or about January 11, 2025, in the Southern District of Texas, the defendant,

**ROBERT KIRKWOOD,**

did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of the 7-Eleven gas station located at 1225 W. Orem Drive, in Houston, Texas, in the presence of employees of the gas station, against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person and property.

In violation of Title 18, United States Code, Section 1951.

## COUNT FOUR
### (Brandishing a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(c))

5.    On or about January 11, 2025, in the Southern District of Texas, the defendant,

**ROBERT KIRKWOOD,**

did knowingly brandish, carry, and use a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as charged in Count Three.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT FIVE
### (Interference with Commerce by Robbery, 18 U.S.C. § 1951)

6.    On or about January 14, 2025, in the Southern District of Texas, the defendant,

**ROBERT KIRKWOOD,**

did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of the 7-Eleven gas station located at 4300 Old Spanish Trail, in Houston, Texas, in the presence of employees of the gas station, against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person and property.

In violation of Title 18, United States Code, Section 1951.

## COUNT SIX
### (Brandishing a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(c))

7.    On or about January 14, 2025, in the Southern District of Texas, the defendant,

**ROBERT KIRKWOOD,**

4

did knowingly brandish, carry, and use a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as charged in Count Five.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## NOTICE OF CRIMINAL FORFEITURE

8.       Pursuant to 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c), the United States of America hereby gives notice that the firearm(s) involved in any knowing violation of 18 U.S.C. § 924(c) as charged in Counts Two, Four, and Six, are subject to forfeiture, including all attendant magazines, clips and ammunition.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

_____
Grand Jury Foreperson

John G.E. Marck
Acting United States Attorney

_____
Justin R. Martin
Assistant United States Attorney